AO 247 (02/08) Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

__Western__ District of __Virginia__

CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
for Roanoke
MAR 24 2008
JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

United States of America )
v. )
) Case No: 7:94CR00078-001
James Cedrick Hayden )
) USM No: 04518-084
Date of Previous Judgment: November 27, 1996 )
(Use Date of Last Amended Judgment if Applicable) ) Defendant's Attorney

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of __352__ months **is reduced to** __295*__.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 40 | Amended Offense Level: | 38 |
| Criminal History Category: | I | Criminal History Category: | I |
| Previous Guideline Range: | 292 to 365 months | Amended Guideline Range: | 235 to 293 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**

☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

**III. ADDITIONAL COMMENTS**

* Defendant's total term of imprisonment of 295 months consists of 235 months as to counts 1, 2, 3, 4 and 6 to run concurrently with each other; 60 months as to count 5, to be served consecutively to all other counts.

Except as provided above, all provisions of the judgment dated __Nov. 27, 1996__ shall remain in effect.

**IT IS SO ORDERED.**

Order Date: __3-24-08__

Effective Date: ~~March 3, 2008~~ __4-3-08__
(if different from order date)

_____
Judge's signature

Senior United States District Judge Jackson L. Kiser
Printed name and title